UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CSAA GENERAL INSURANCE COMPANY, | Civil No. 22-01996 (KMW/MJS) |
| Plaintiff, | **ORDER** |
| v. | |
| PAUL D'AMBRA, | |
| Defendant. | |

**WILLIAMS**, **District Judge**

This matter is before the Court on Plaintiff's, CSAA General Insurance Company, Motion for Default Judgment [ECF No. 8]. To obtain default judgment under Federal Rule of Civil Procedure 55(b), a plaintiff must first secure an entry of default from the Clerk of the Court under Rule 55(a). *Allaham v. Naddaf*, 635 F. App'x 32, 36 (3d Cir. 2015). Only after the Clerk of the Court has entered default may the plaintiff move for default judgment pursuant to Rule 55(b)(2). FED. R. CIV. P. 55.

Here, Plaintiff has not secured entry of default from the Clerk of the Court. Thus, the Motion for Default Judgment is premature, and this Court will deny Plaintiff's Motion. Therefore

IT IS this **3rd** day of **June**, **2022**, hereby

**ORDERED** that Plaintiff's Motion for Default Judgment [ECF No. 8] is **DENIED without prejudice**.

At Camden, New Jersey

/s Karen M. Williams
KAREN M. WILLIAMS, U.S.D.J.